In the Matter of the Judicial Settlement of the Account of Proceedings of BANK OF NEW YORK AND TRUST COMPANY, as Executor, etc., of RICHARD W. GELDART, Deceased. EDWARD B. CONKLING, Appellant.— Motion to dismiss appeal denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Application of the CITY OF NEW YORK, etc., for Determination as to the Manner in Which the Bridges Carrying the Main Drive in Forest Park, etc., Shall Be Altered or Changed. (Case No. 2683.) THE LONG ISLAND RAILROAD COMPANY, Appellant; TRANSIT COMMISSION OF THE STATE OF NEW YORK and the CITY OF NEW YORK, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title in Fee, etc., to the Lands Required for Opening and Extending Eighty-second Street, from Shore Road to Narrows Avenue, and from Third Avenue to Fourth Avenue, in the Thirtieth Ward, Borough of Brooklyn, etc.— Motion to dispense with the printing of exhibits granted. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ. Settle order on notice.

In the Matter of the Application of ANNA M. MUTZEBAUGH, for Payment of Award for Damage Parcel No. 1, in Proceeding to Acquire Title by the City of New York to Lands on Southerly Side of Sixteenth Avenue, between Fifty-sixth and Fifty-seventh Streets, in the Borough of Brooklyn, as a Site for School Purposes, etc.— The matter will be referred to take proof of title. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ. Settle order on notice.

In the Matter of the Application of WILLIAM H. REYNOLDS, Appellant, for a Prohibitive Order against Hon. JAMES C. CROPSEY, a Justice of the Supreme Court, etc.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ. Settle order on notice.

ISIDORE KELMAN, Respondent, v. SCHARF BROS. & SONS, INC., Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

ISIDORE KELMAN, Respondent, v. HARRY SCHARF and Another, Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

FREDERICK A. LOCKE, Respondent, v. MARKEL, TUCKER, COOK COMPANY, INC., Appellant.— Motion to dismiss appeal denied. Section 282 of the Civil Practice Act does not apply, as the motion was for judgment for default in serving the answer. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

BRUCE E. LOOMIS, Respondent, v. HENRY W. MARSH and Another, Copartners, etc., Appellants.— Motion for stay denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.